UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE PETITION OF
AMANDA NICOLE SCOOLER,      Case No. 3:25mc36-MCR-HTC

_____/

# **ORDER**

The Magistrate Judge issued a Report and Recommendation dated May 28, 2025 (ECF No. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this Order.

2. Scooler's verified petition to perpetuate testimony (ECF No. 1) is DENIED.

3. Scooler's motion to seal (ECF No. 5) is DENIED and the clerk is directed to unseal this case.

4. Scooler's motion to appoint DOJ whistleblower coordinator (ECF No. 11) is DENIED.

5. The Clerk is directed to close the case file.

**DONE AND ORDERED** this 24th day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:25mc36-MCR-HTC